# Order

**Michigan Supreme Court**
**Lansing, Michigan**

August 1, 2008

Clifford W. Taylor,
Chief Justice

136065
136096

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

LISA FEDEWA, Personal Representative of the
Estate of Nicholas Ryan Fedewa,
      Plaintiff-Appellee,

v

ROBERT CLANCY CONTRACTING, INC.,
      Defendant, Cross-Defendant-Appellant,
and

BAY-RAMA, INC.,
      Defendant, Cross-Plaintiff-Appellee.
_____/

SC: 136065
COA: 274088
Macomb CC: 2005-002126-NO

LISA FEDEWA, Personal Representative of the
Estate of Nicholas Ryan Fedewa,
      Plaintiff-Appellee,

v

ROBERT CLANCY CONTRACTING, INC.,
      Defendant, Cross-Defendant-Appellee,
and

BAY-RAMA, INC.,
      Defendant, Cross-Plaintiff-Appellant.
_____/

SC: 136096
COA: 274088
Macomb CC: 2005-002126-NO

      On order of the Chief Justice, a stipulation signed by counsel for the parties agreeing to the dismissal of these applications for leave to appeal is considered, and the applications for leave to appeal are DISMISSED with prejudice and without costs.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

August 1, 2008

_____
Clerk

t0729